■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v IRA GOLDBERG, Appellant. [844 NYS2d 162]—Judgment, Supreme Court, New York County (Micki Scherer, J.), rendered on or about March 15, 2006, unanimously affirmed. No opinion. Order filed. Concur—Lippman, P.J., Mazzarelli, Friedman, Marlow and Buckley, JJ.